IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELTA MILLWOOD**                                                                                             **PLAINTIFF**

v.                                              No. 4:20-CV-01035-LPR

**McKENDRA ADAMS**                                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today and the prior orders issued in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 31st day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE